IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE L. SEARS**                                                                                      **PLAINTIFF**

v.                              NO: 4:22-CV-00683-LPR

**LILLIE ROBERTS, Nurse Practitioner,**
**Boston Mountain Medical Center,** *et al*.                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 9th day of November, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).